No. —, original. Ex parte Lopez. Motion submitted February 24, 1930. Decided March 3, 1930. The motion for leave to file a petition for a writ of mandamus is denied. *Mr. William J. Rohde* for Lopez.

No. 21, original. Ex parte Northern Pacific Ry. Co. et al. March 3, 1930. *Per Curiam:* The returns of Charles N. Pray and George M. Bourquin, district judges of the United States, to the peremptory writ of mandamus heretofore issued in this cause have been received and are ordered to be filed;

It is ordered that an entry be made upon the minutes and journal of this Court showing that the writ of mandamus has been obeyed. See 280 U. S. 142.